IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JULIO C. ALLEN, Inmate #R-15798,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-409-GPM** |
| ) | |
| **CYNTHIA JORDAN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**MURPHY, Chief District Judge:**

Before the Court is Plaintiff's motion to reconsider the Court's denial of his motions for appointment of counsel. However, until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, appointment of counsel would be premature. Therefore, the motion to reconsider the denial of his requests for counsel (Doc. 9) is **DENIED** without prejudice. Once the Court has completed that preliminary review, Plaintiff may file a new request for counsel at that time.

**IT IS SO ORDERED.**

DATED: 09/05/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge