IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JULIO C. ALLEN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | CIVIL NO. 07-409-GPM |
| CYNTHIA JORDAN, *et al.*, | ) |  |
| Defendants. | ) |  |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On October 22, 2007, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure (Doc. 11). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 1/2/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge